DE MEO & FEIGIN, L.L.C.
ATTORNEYS AT LAW

9 East 40th Street, 13th Floor
New York, New York 10016
Tel: (212) 792-7778
Fax: (732) 671-8156
Email: emd@demeofeigin.com

Emilia M. De Meo
Cynthia A. Feigin

New Jersey office:

125 Half Mile Road, Suite 200
Red Bank, New Jersey 07701
Tel: (732) 933-2703

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 5 2008

May 2, 2008

*Via Facsimile Only*

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Lori Ostenfeld v. Merrill Lynch & Co., Inc.</u>, Case No. 08 CV 03386 (LTS) (SDNY)

Dear Judge Swain:

    This law firm represents Defendant, Merrill Lynch & Co., Inc. ("Merrill Lynch") in the above-entitled action. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Merrill Lynch respectfully requests a two-week extension of time, from May 8, 2008, until May 22, 2008, within which to answer, move or otherwise respond to the Amended Complaint in the action. Merrill Lynch has not requested any previous extensions.

    Plaintiff consents to this request.

Respectfully submitted,

Emilia M. De Meo

cc: Alicia L. Silverstein, Esq.
Counsel for Plaintiff
*(via facsimile only)*

The request is granted.

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
5/2/08