

**DE MEO & FEIGIN, L.L.C.**
ATTORNEYS AT LAW

9 East 40th Street, 13th Floor
New York, New York 10016
Tel: (212) 792-7778
Fax: (732) 671-8156
Email: emd@demeofeigin.com

Emilia M. De Meo
Cynthia A. Feigin

New Jersey office:

125 Half Mile Road, Suite 200
Red Bank, New Jersey 07701
Tel: (732) 933-2703

May 19, 2008

*Via Facsimile Only*

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Lori Ostenfeld v. Merrill Lynch & Co., Inc.</u>, Case No. 08 CV 03386 (LTS) (SDNY)

Dear Judge Swain:

    This law firm represents Defendant, Merrill Lynch & Co., Inc. ("Merrill Lynch") in the above-entitled action. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Merrill Lynch respectfully requests an additional thirty (30) day extension of time from May 22, 2008, until June 23, 2008, within which to answer, move or otherwise respond to the Amended Complaint in the action. Merrill Lynch previously requested a two-week extension of time within which to respond to the Complaint.

    Merrill Lynch seeks this additional extension of time, with plaintiff's consent, because the parties have reached a settlement in principle of the case and are in the process of reducing the settlement to writing.

Respectfully submitted,

*Emilia M. De Meo*

Emilia M. De Meo

cc: Alicia L. Silverstein, Esq.
    Counsel for Plaintiff
    *(via facsimile only)*

The request is granted.
SO ORDERED.

5/19/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE