# DE MEO & FEIGIN, L.L.C.
ATTORNEYS AT LAW

9 East 40th Street, 13th Floor
New York, New York 10016
Tel: (212) 792-7778
Fax: (732) 671-8156
Email: emd@demeofeigin.com



Emilia M. De Meo
Cynthia A. Feigin

New Jersey office:

125 Half Mile Road, Suite 200
Red Bank, New Jersey 07701
Tel: (732) 933-2703

July 10, 2008

*Via Facsimile Only*

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

3386

Re: <u>Lori Ostenfeld v. Merrill Lynch & Co., Inc.</u>, Case No. 08 CV 03886 (LTS) (SDNY)

Dear Judge Swain:

The parties in the above-referenced case hereby request that the Court postpone the Pre-Trial Conference that is currently scheduled for Friday, July 11, 2008. The parties have reached a settlement in principle of the above-referenced case and are in the process of finalizing the settlement documents.

Thank you for your courtesies in this matter.

Respectfully submitted,

*Emilia M. De Meo*

Emilia M. De Meo

cc: Alicia L. Silverstein, Esq.
Counsel for Plaintiff
*(via facsimile only)*

*A thirty-day order will be entered, and the conference is cancelled.*

SO ORDERED.

*/s/ 7/10/08*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE