Gary Trachten (GT5480)
Alisa L. Silverstein (AS2926)
KUDMAN TRACHTEN ALOE LLP
350 Fifth Avenue, Suite 4400
New York, New York 10018
(212) 868-1010
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

LORI OSTENFELD,

        Plaintiff,

    -against-

MERRILL LYNCH & CO., INC.

        Defendant
-------------------------------------------------x

**NOTICE OF DISMISSAL WITH PREJUDICE**

    Plaintiff Lori Ostenfeld by her undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that the Complaint in this action hereby is dismissed, with prejudice, each party to bear her or its own costs.

Dated: July 8/6/08, 2008

_____
Gary Trachten (GT5480)
KUDMAN TRACHTEN ALOE LLP
350 Fifth Avenue, Suite 4400
New York, New York, 10118
(212) 868-1010
*Attorneys for Plaintiff*